MCC MANAGEMENT OF NAPLES, INC.; BGC II
MANAGEMENT OF NAPLES, INC.; MILES C.
COLLIER; BARRON G. COLLIER, II,

                    Plaintiffs,

-vs-                                 Case No.  2:07-cv-387-FtM-29SPC

ARNOLD & PORTER LLP; KENT A. YALOWITZ;
THOMAS R. DWYER; MELVIN C. GARBOW,

                    Defendants.
_____

MCC MANAGEMENT OF NAPLES, INC., BGC II
MANAGEMENT OF NAPLES, INC., MILES C.
COLLIER, BARRON G. COLLIER, II,

                    Plaintiffs,

                                 Case No.  2:07-cv-420-FtM-29DNF

ARNOLD & PORTER LLP,

                    Defendant.
_____

## ORDER

    This matter comes before the Court on the Unopposed Motion for Enlargement of Case

Management Deadlines (Doc. #320) filed on April 1, 2010.  The Plaintiffs move the Court for a two

(2) month enlargement to the pretrial deadlines and trial term. As grounds, Counsel indicates the Plaintiffs are currently engaged in settlement discussions as well as completing depositions[1].

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Although the Court disfavors multiple or substantial extensions of time, given the circumstances with the related case in another district, the Court finds good cause and will grant the extensions of time as outline below.

Accordingly, it is now

**ORDERED:**

the Unopposed Motion for Enlargement of Case Management Deadlines (Doc. #320) is **GRANTED**.

| | |
|---|---|
| Discovery | JUNE 4, 2010 |
| Mediation | JUNE 18, 2010 (with a Status Report to be filed within ten (10) days thereafter) |
| Dispositive, Daubert, and Markman Motions | JUNE 30, 2010 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | SEPTEMBER 17, 2010 |
| Joint Final Pretrial Statement | OCTOBER 8, 2010 |
| All Other Motions Including Motions in Limine, Trial Briefs | OCTOBER 8, 2010 |

---

[1] Counsel indicates that as a result of the related case in Oklahoma between Plaintiffs and International Bank of Commerce and International Bancshares Corporation, the depositions in this case were delayed.

| Final Pretrial Conference | Date: | OCTOBER 25, 2010 |
|---|---|---|
| | Time: | 9:00 A.M. |
| | Place: | Courtroom A |
| Trial Term Begins | NOVEMBER 1, 2010 | |

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record