UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MCC MANAGEMENT OF NAPLES, INC.; BGC II MANAGEMENT OF NAPLES, INC.; MILES C. COLLIER; BARRON G. COLLIER, II,

          Plaintiffs,

-vs-                                              Case No. 2:07-cv-387-FtM-29SPC

ARNOLD & PORTER LLP; KENT A. YALOWITZ; THOMAS R. DWYER; MELVIN C. GARBOW,

          Defendants.
_____

MCC MANAGEMENT OF NAPLES, INC., BGC II MANAGEMENT OF NAPLES, INC., MILES C. COLLIER, BARRON G. COLLIER, II,

          Plaintiffs,

                                              Case No. 2:07-cv-420-FtM-29DNF

ARNOLD & PORTER LLP,

          Defendant.
_____

**ORDER**

This matter comes before the Court on the Defendant, Arnold & Porter, LLP's Partially Unopposed Motion for Enlargement of Time to File Dispositive and Daubert Motions. On June 29, 2010, the Court granted the unopposed Motion to Enlarge the Dispositive Motions Deadline, but reserved ruling on the Opposed Motion to Enlarge the Daubert Motions Deadline. The Court allowed the Plaintiff time to respond to the Motion to Enlarge the Daubert Motions Deadline,

however, no response has been filed. Therefore, the Court will address the Motion without said response.

The current deadline for filing <u>Daubert</u> Motions expired on June 30, 2010. The Defendant requested an extension of up to and including July 30, 2010. Since the Plaintiff failed to file a response in opposition, the Court will view the Motion as unopposed. Thus, good cause exists to grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Defendant, Arnold & Porter, LLP's Partially Unopposed Motion for Enlargement of Time to File Dispositive and <u>Daubert</u> Motions is **GRANTED**. The Parties shall have up to an including **July 30, 2010**, to file their respective <u>Daubert</u> Motions.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  8th  </u> day of July, 2010.

*[signature: Sheri Polster Chappell]*

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record